**UNITED STATES of America, Appellant, v. Peter JENELLO, Appellee.** *

No. 5840.

Circuit Court of Appeals, Third Circuit.

July 22, 1935.

Thomas W. Lanigan, Sp. Asst. to Atty. Gen., and Edward C. Dougherty and Blair McK. Ilderton, both of Philadelphia, Pa., for the United States.

J. Julius Levy, A. M. Lucks, Paul H. Maxey, and William K. Goldstein, all of Scranton, Pa., for appellee.

*Writ of certiorari denied 56 S. Ct. 145, 80 L. Ed. —.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

In the final analysis, this case narrows to the question whether the facts set forth in the affidavits were such as to warrant the Commissioner in issuing the warrant.

After argument and due consideration had, we are of opinion they were, and, so holding, the order of the court below quashing the warrant is reversed.